401 F.2d 777
 Leon EPSTEIN et al., Appellants,
v.
Lester G. MADDOX et al., Appellees.
 No. 25819.
 United States Court of Appeals Fifth Circuit.
 Oct. 25, 1968.
 
 Leon S. Epstein, Wesley Asinof, Atlanta, Ga., for appellants.
 Harold N. Hill, Jr., Asst. Atty. Gen., John Tye Ferguson, Arthur K. Bolton, Atty. Gen., J. Robert Coleman, Asst. Atty. Gen., Atlanta, Ga., for appellees.
 Before BELL and MORGAN, Circuit Judges, and GUINN, District Judge.
 PER CURIAM:
 
 
 1
 This appeal is without redeeming merit. The judgment of the District Court, 277 F.Supp. 613, is
 
 
 2
 Affirmed.